UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80153-DMM

HOWARD COHAN,

    Plaintiff,

vs.

EL CAMINO BOCA RATON LLC
a Florida Limited Liability Company
d/b/a EL CAMINO

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, ("Plaintiff") by and through the undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 1, 2024.

    By: **/s/ Gregory S. Sconzo**
    Gregory S. Sconzo, Esq.
    Florida Bar No.: 0105553
    Sconzo Law Office, P.A.
    3825 PGA Boulevard, Suite 207
    Palm Beach Gardens, FL 33410
    Telephone: (561) 729-0940
    Facsimile: (561) 491-9459
    Email: greg@sconzolawoffice.com
    Email: samantha@sconzolawoffice.com
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Counsel for Defendant, Peter Weintraub, Esq., via email at: pbw@weintraublawfirm.com.

      **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**